E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
Social Security Administration
Office of Program Litigation, Office 7
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4803
E-Mail: andrea.banks@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN NAVARRO GERMAN,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-cv-00093-KS<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405g AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY ORDERED that this matter be remanded for further proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action, as stated in the stipulation, to complete the administrative record and enter a new decision.

The Clerk of the Court will enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED:  April 17, 2024

/s/ Karen L. Stevenson
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE