JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFRAIN NAVARRO GERMAN, | ) | Case No. 2:24-cv-00093-KS |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 17, 2024

*Karen L. Stevenson*

HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE